| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| David C Wakefield, 185736<br>PINNOCK & WAKEFIELD, APC<br>3033 Fifth Avenue,<br>San Diego, CA 92103 | (619) 858-3671 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | FILED<br>2007 JUN 27 P 2:11<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | | |

| PLAINTIFF: ROBERT McCARTHY |
|---|
| DEFENDANT: AMERICAN HOTELS, INC |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-2902 HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Summons, Civil Case Cover Sheet, Scheduling Order, Standing Order - Judge Lloyd, Standing Order - All Judges, ECF Registration, Notice Of Assignment Of Case

2. Party Served: American Hotels, Inc. dba Maple Tree Inn

3. Person Served: SANJAY BAKSHI - Person authorized to accept service of process

   a. Left with: Leanor Cervantes- Person in Charge of Office.

4. Date & Time of Delivery: June 18, 2007    1:15 pm

5. Address, City and State: 22660 MAIN STREET
   HAYWARD, CA 94951

   **BY FAX**

6. Manner of Service: By leaving the copies with or in the presence of Leanor Cervantes, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

61.25

Registered California process server.
County: ALAMEDA
Registration No.:746
Expiration: July 14, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 26, 2007 at Oakland, California.

Signature: _Roderick Thompson_

Roderick Thompson