| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): David C Wakefield, #185736<br>PINNOCK & WAKEFIELD, APC<br>3033 Fifth Avenue,<br>San Diego, CA 92103 | TELEPHONE NO.:<br>(619) 858-3671 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | | FILED<br>2007 JUN 27 P 2: 13<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

PLAINTIFF: ROBERT McCARTHY

DEFENDANT: AMERICAN HOTELS, INC

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-2902 HRL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

**BY FAX**

On June 26, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Complaint, Summons, Civil Case Cover Sheet, Scheduling Order, Standing Order - Judge Lloyd, Standing Order - All Judges, ECF Registration, Notice Of Assignment Of Case

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

American Hotels, Inc. dba Maple Tree Inn
SANJAY BAKSHI
22660 MAIN STREET
HAYWARD, CA 94951

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

61.25

Lee Major
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 26, 2007 at Oakland, California.

*Lee Major*

Lee Major

FF# 6642784