LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
AMERICAN HOTELS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY, | Case No. C 07-2902 HRL |
| Plaintiff, | STIPULATION |
| v. | |
| AMERICAN HOTELS, INC., dba MAPLE TREET INN; MAPLE TREE INVESTORS, a California Limited Partnership; and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED between plaintiff Robert McCarthy and defendant

American Hotels, Inc. ("American Hotels") that the time within which American Hotels may

respond to the Complaint in this matter is extended to August 2, 2007.

Dated: July 20, 2007.                    PINNOCK & WAKEFIELD


By:_____/s/_____
    DAVID C. WAKEFIELD
Attorney for Plaintiff
ROBERT MCCARTHY

Dated: July 20, 2007.                    LAW OFFICES OF MIRIAM HISER


By:_____/s/_____
    MIRIAM HISER
Attorney for Defendant
AMERICAN HOTELS, INC.

1