LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
AMERICAN HOTELS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY,<br><br>           Plaintiff,<br><br>    v.<br><br>AMERICAN HOTELS, INC., dba MAPLE TREET INN; MAPLE TREE INVESTORS, a California Limited Partnership; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. C 07-2902 HRL<br><br>STIPULATION TO DISMISS COMPLAINT AGAINST ONLY DEFENDANT AMERICAN HOTELS, INC. |

IT IS HEREBY STIPULATED between plaintiff Robert McCarthy and defendant American Hotels, Inc. ("American Hotels") that the above-entitled Complaint be dismissed with prejudice as against American Hotels only.

Dated: August 3, 2007.        PINNOCK & WAKEFIELD

                                   By:_____/s/_____
                                        DAVID C. WAKEFIELD
                                   Attorney for Plaintiff
                                   ROBERT MCCARTHY

Dated: August 3, 2007        LAW OFFICES OF MIRIAM HISER

                                   By:_____/s/_____
                                        MIRIAM HISER
                                   Attorney for Defendant
                                   AMERICAN HOTELS, INC.