**\*E-FILED 8/28/2008\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT McCARTHY,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN HOTELS, INC., d.b.a. MAPLE TREE INN; and MAPLE TREE INVESTORS,<br><br>    Defendants.<br>_____/ | No. C07-02902 HRL<br><br>**CLERK'S NOTICE RE CASE STATUS** |

The court's records reflect that (a) plaintiff's claims were voluntarily dismissed only as to defendant American Hotels, Inc. on August 15, 2007; (b) there has been no activity on the docket since then; and (c) all deadlines in the court's June 4, 2007 scheduling order appear to have lapsed. No later than **September 5, 2008**, plaintiff shall file a report on the status of this matter. In particular, plaintiff shall advise as to the status of the activities with respect to any other defendant(s) and whether this matter can or should be closed.

Dated:  August 28, 2008

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-2902 Notice has been electronically mailed to:**

Miriam Hiser mhiser@hiserlaw.com

David C. Wakefield DavidWakefield@PinnockWakefieldLaw.com, ChadBleiler@PinnockWakefieldLaw.com