1 | **PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.    Bar #: 185736
2 | 3033 Fifth Avenue, Suite 410
San Diego, CA  92103
3 | Telephone: (619) 858-3671
Facsimile: (619) 858-3646
4 |
5 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY , <br><br> Plaintiff, <br> v. <br><br> AMERICAN HOTELS, INC. d.b.a. MAPLE TREE INN; MAPLE TREE INVERSTORS; And DOES 1 THROUGH 10, Inclusive <br>    Defendants. | Case No.:  C07-2902 HRL <br><br> REPORT OF STATUS IN RESPONSE TO CLERK'S NOTICE <br><br> [Fed.R.Civ.P. Rule 41(a)(1)] |

///
///
///

1    Case Number: C 07-2902 HRL         )

Document Date: August 29, 2008

1  Plaintiff ROBERT MCCARTHY hereby submits this Report of Status in response to the
2  Clerk's Notice RE Case Status dated 8-28-2008.  This case has been resolved with all of the
3  defendants and Plaintiff will concurrently file a Notice of Voluntary Dismissal WITH Prejudice
4  as to all Defendants and Plaintiff's Complaint in its entirety.  No Defendants officially filed a
5  response or remain in the action.

7  Respectfully Submitted,

9  Dated:  August 29, 2008                **PINNOCK & WAKEFIELD, A.P.C.**

10                                         By:    /S/  David C. Wakefield_____
                                                   David C. Wakefield, Esq.
11                                                 Attorney for Plaintiff Robert McCarthy

                                                    2    Case Number: C 07-2902 HRL       )

Document Date: August 29, 2008