1  **PINNOCK & WAKEFIELD, A.P.C.**
   David C. Wakefield, Esq.     Bar #: 185736
2  3033 Fifth Avenue, Suite 410
   San Diego, CA  92103
3  Telephone: (619) 858-3671
   Facsimile: (619) 858-3646
4
   Attorneys for Plaintiff
5

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 ROBERT McCARTHY ,                        Case No.:  C07-2902 HRL

11                    Plaintiff,             NOTICE OF VOLUNTARY DISMISSAL
                                             WITH PREJUDICE OF ALL
12      v.                                   DEFENDANTS AND PLAINTIFF'S
                                             COMPLAINT IN ITS ENTIRETY
13 AMERICAN HOTELS, INC. d.b.a. MAPLE
   TREE INN; MAPLE TREE INVERSTORS;
14 And DOES 1 THROUGH 10, Inclusive
15                    Defendants.
                                             [Fed.R.Civ.P. Rule 41(a)(1)]
16

17

18

19

20

21

22

23

24

25 ///

26 ///

27 ///

28

                                          1    Case Number: C 07-2902 HRL     )

Document Date: August 24, 2007

Plaintiff ROBERT MCCARTHY hereby gives Notice of his Voluntary Dismissal WITH Prejudice as to all Defendants and Plaintiff's Complaint in its entirety.  No Defendants officially appeared or remain in this action.

**IT IS SO REQUESTED AND NOTICE GIVEN.**

Dated:  August 29, 2008                              **PINNOCK & WAKEFIELD,A.P.C.**

                                   By:     _/S/_ David C. Wakefield_____
                                           David C. Wakefield, Esq.
                                           Attorney for Plaintiff Robert McCarthy

2    Case Number: C 07-2902 HRL            )

Document Date: August 24, 2007